### 15981.   ATLANTA WRECKING CO. *v.* ETHERIDGE.

LUKE, J.  The verdict in this case was authorized by the evidence and has the approval of the trial judge. In the light of the record as a whole, the special grounds of the motion for a new trial show no reversible error. The judgment overruling the motion for a new trial can not be disturbed.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 13, 1925.

Action for breach of contract; from Fulton superior court— Judge Ellis. August 23, 1924.

*Walter A. Sims, A. E. Wilson, J. E. Berman,* for plaintiff in error.

*H. A. Etheridge,* contra.